[No. 57639-9-I. Division One. June 11, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES F. SNYDER, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 05-1-00341-8, Thomas J. Wynne, J., entered January 11, 2006. *Affirmed* by unpublished per curiam opinion.

[No. 57671-2-I. Division One. June 11, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. ISIDRO RAMOS-GONZALES, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 05-1-09834-8, Theresa B. Doyle, J., entered January 23, 2006. *Affirmed* by unpublished per curiam opinion.

[No. 57696-8-I. Division One. June 11, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. TERAN ALLEN HAYES, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 05-1-07034-6, Theresa B. Doyle, J., entered January 12, 2006. *Affirmed in part, reversed in part*, and *remanded* by unpublished per curiam opinion.

[No. 57721-2-I. Division One. June 11, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. D.W., *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 05-8-00541-4, Martha V. Gross, J. Pro Tem., entered January 19, 2006. *Remanded* by unpublished per curiam opinion.